No. 142. MILLER *v.* JONES. C. A. 3d Cir. Certiorari denied. *Grover C. Ladner* for petitioner. *Carl E. Glock* for respondent.

No. 143. JAMAICA WATER SUPPLY Co. *v.* CITY OF NEW YORK. Court of Appeals of New York. Certiorari denied. *John J. Donohue* for petitioner. *Denis M. Hurley* and *Seymour B. Quel* for respondent.

No. 145. SWITZER BROTHERS, INC. ET AL. *v.* TEXAS-MILLER HAT CORP. ET AL. C. A. 5th Cir. Certiorari denied. *Albert L. Ely, Jr.* for petitioners. *George B. Finnegan, Jr.* for respondents.

No. 146. FINNEGAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 149. CARLSON & SULLIVAN, INC. *v.* BIGELOW & DOWSE CO. ET AL. C. A. 1st Cir. Certiorari denied. *Daniel L. Morris, Edward G. Curtis* and *Marshall M. Holcombe* for petitioner. *T. Clay Lindsey* for respondents.

No. 150. RUSSELL BOX Co. *v.* GRANT PAPER BOX Co. C. A. 1st Cir. Certiorari denied. *Herbert A. Baker* and *Richard G. Radue* for petitioner. *Hector M. Holmes* and *William H. Parmelee* for respondent.

No. 152. CARLOR Co., INC. *v.* CITY OF MIAMI. Supreme Court of Florida. Certiorari denied. *Charles A. Brind, Jr.* for petitioner. *Miller Walton* for respondent.